# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SHAWNA DEAR,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:22-cv-00950-RDP |
| **HURON VALLEY STEEL CORPORATION,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

The parties have informed the court that they have reached a settlement in principle pending approval of the Bankruptcy Court. Accordingly, the court **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purposes of enforcing the settlement reached by the parties or reopening the case if the settlement is not approved.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this January 31, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE