IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWNA DEAR, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:22-CV-00950-RDP |
| ) | |
| HURON VALLEY STEEL ) | |
| CORPORATION, ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Shawna Dear, by and through her undersigned counsel, and Defendant Huron Valley Steel Corporation, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree to dismiss the above-styled case *with* prejudice, with each party to bear its own costs.

Respectfully submitted,

Kimberly W. Geisler
Margot Blaire Woolverton
SCOTT DUKES & GEISLER, P.C.
211 22nd Street North
Birmingham, Alabama 35203
(205) 251-2300
kgeisler@scottdukeslaw.com
mwoolverton@scottdukeslaw.com
*Attorneys for Defendant*

Cynthia F. Wilkinson, Esq.
WILKINSON LAW FIRM, P.C.
215 N. Richard Arrington Jr., Blvd.
Suite 200
Birmingham, Alabama 35203
wilkinsonfile@wilkinsonfirm.net
*Attorney for Plaintiff*

1