# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **SHAWNA DEAR,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:22-CV-950-RDP |
| **HURON VALLEY STEEL CORPORATION,** | } |
| **Defendant.** | } |

## CLERK'S COURT MINUTE ENTRY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action WITH PREJUDICE (Doc.21), with each party to bear its own costs.

**DATED:** March 25, 2024

GREER M. LYNCH, CLERK

By: Karen Humphrey

Deputy Clerk